AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hicks, Jr., S. Maurice | U.S. District Co., Western La. | 09/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
300 Fannin St. , Suite 5101
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | [redacted] |
| 2. | Board of Directors Member | [redacted] (501(c) (3) organization) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | ▨▨▨▨▨ - Teaching | $2,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Paralegal services - self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Supreme Court Committee on Bar Admissions, State of Louisiana | 04/19/2012-04/22/2012 | Savannah, GA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 2. | Supreme Court Committee on Bar Admissions, State of Louisiana | 04/25/2012-04/28/2012 | Metairie, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 3. | Supreme Court Committee on Bar Admissions, State of Louisiana | 09/21/2012-09/22/2012 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 4. | Supreme Court Committee on Bar Admissions, State of Louisiana | 10/23/2012-10/25/2012 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hicks, Jr., S. Maurice | 09/11/2013 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Louisiana State University | 10/25/2012-10/26/2012 | Baton Rouge, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 6. | Loyola Law School | 11/08/2012-11/10/2012 | New Orleans, LA | Activity of professional association or civic organization | Transportation, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Mortgage - | L |
| 2. | Capital One Bank | Consumer Line of Credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts | D | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | | None | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | | None | J | T | | | | | |
| 4. Timber Land, ▆▆▆▆ 1/1/96, $30,000 | | None | K | R | Sold (part) | 12/31/12 | J | D | |
| 5. Left intentionally blank | | None | | | | | | | |
| 6. Rental Property #1, ▆▆▆ - 07/03/01, $82,297 | A | Rent | L | R | | | | | |
| 7. Left intentionally blank | | None | | | | | | | |
| 8. Left intentionally blank | | None | | | | | | | |
| 9. IRA # 1 Morgan Keegan (prev Capital One) Money Fund | A | Interest | K | T | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. VAC Federal Credit Union | | None | | | Distributed | 12/31/12 | J | A | |
| 12. Barksdale Federal Credit Union | A | Interest | J | T | | | | | |
| 13. Red River Syndicate LP | C | Int./Div. | K | U | | | | | |
| 14. Left intentionally blank | | None | | | | | | | |
| 15. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 16. Left Intentionally blank | | None | | | | | | | |
| 17. Left intentionally blank | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Left intentionally blank | | None | | | | | | | |
| 19. Left intentionally blank | | None | | | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Left intentionally blank | | None | | | | | | | |
| 23. Left intentionally blank | | None | | | | | | | |
| 24. IRA #1 Entrada Networks | | None | J | T | | | | | |
| 25. IRA #1 Globalnet | | None | J | T | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Left intentionally blank | | None | | | | | | | |
| 28. Left intentionally blank | | None | | | | | | | |
| 29. Left intentionally blank | | None | | | | | | | |
| 30. Left intentionall blank | | None | | | | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Left intentionally blank | | None | | | | | | | |
| 33. Giant Studios | | None | J | T | | | | | |
| 34. IRA #2 Morgan Keegan (prev Capital One) Money Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | None | | | | | | | | |
| 36. Left intentionally blank | None | | | | | | | | |
| 37. Left intentionally blank | None | | | | | | | | |
| 38. Left intentionally blank | None | | | | | | | | |
| 39. Left intentionally blank | None | | | | | | | | |
| 40. Left intentionally blank | None | | | | | | | | |
| 41. Left intentionally blank | None | | | | | | | | |
| 42. Left intentionally blank | None | | | | | | | | |
| 43. Left intentionally blank | None | | | | | | | | |
| 44. Left intentionally blank | None | | | | | | | | |
| 45. Left intentionally blank | None | | | | | | | | |
| 46. Left intentionally blank | None | | | | | | | | |
| 47. Left intentionally blank | None | | | | | | | | |
| 48. Left intentionally blank | None | | | | | | | | |
| 49. Left intentionally blank | None | | | | | | | | |
| 50. Left intentionally blank | None | | | | | | | | |
| 51. Left intentionally blank | None | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Left intentionally blank | | None | | | | | | | |
| 53. Left intentionally blank | | None | | | | | | | |
| 54. Left intentionally blank | | None | | | | | | | |
| 55. Left intentionally blank | | None | | | | | | | |
| 56. Left intentionally blank | | None | | | | | | | |
| 57. Left intentionally blank | | None | | | | | | | |
| 58. Left intentionally blank | | None | | | | | | | |
| 59. Left intentionally blank | | None | | | | | | | |
| 60. Left intentionally blank | | None | | | | | | | |
| 61. Left intentionally blank | | None | | | | | | | |
| 62. Left intentionally blank | | None | | | | | | | |
| 63. Left intentionally blank | | None | | | | | | | |
| 64. Left intentionally blank | | None | | | | | | | |
| 65. Left intentionally blank | | None | | | | | | | |
| 66. Left intentionally blank | | None | | | | | | | |
| 67. Left intentionally blank | | None | | | | | | | |
| 68. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Biosante Pharmaceutical | | None | J | T | Sold (part) | 06/08/12 | J | A | |
| 70. | Left intentionally blank | | None | | | | | | | |
| 71. | Left intentionally blank | | None | | | | | | | |
| 72. | Left intentionally blank | | None | | | | | | | |
| 73. | Left intentionally blank | | None | | | | | | | |
| 74. | Left intentionally blank | | None | | | | | | | |
| 75. | Left intentionally blank | | None | | | | | | | |
| 76. | Left intentionally blank | | None | | | | | | | |
| 77. | Left intentionally blank | | None | | | | | | | |
| 78. | Left intentionally blank | | None | | | | | | | |
| 79. | Left intentionally blank | | None | | | | | | | |
| 80. | Left intentionally blank | | None | | | | | | | |
| 81. | Left intentionally blank | | None | | | | | | | |
| 82. | Left intentionally blank | | None | | | | | | | |
| 83. | Left intentionally blank | | None | | | | | | | |
| 84. | Left intentionally blank | | None | | | | | | | |
| 85. | Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Left intentionally blank | | None | | | | | | | |
| 87. Left intentionally blank | | None | | | | | | | |
| 88. Left intentionally blank | | None | | | | | | | |
| 89. Left intentionally blank | | None | | | | | | | |
| 90. Left intentionally blank | | None | | | | | | | |
| 91. Left intentionally blank | | None | | | | | | | |
| 92. Left intentionally blank | | None | | | | | | | |
| 93. Left intentionally blank | | None | | | | | | | |
| 94. Left intentionally blank | | None | | | | | | | |
| 95. Left intentionally blank | | None | | | | | | | |
| 96. Left intentionally blank | | None | | | | | | | |
| 97. Left intentionally blank | | None | | | | | | | |
| 98. Left intentionally blank | | None | | | | | | | |
| 99. Left intentionally blank | | None | | | | | | | |
| 100. Left intentionally blank | | None | | | | | | | |
| 101. Left intentionally blank | | None | | | | | | | |
| 102. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Left intentionally blank | | None | | | | | | | |
| 104. Left intentionally blank | | None | | | | | | | |
| 105. Left intentionally blank | | None | | | | | | | |
| 106. Left intentionally blank | | None | | | | | | | |
| 107. Left intentionally blank | | None | | | | | | | |
| 108. Morgan Keegan cash-T | A | Int./Div. | J | T | | | | | |
| 109. Left intentionally blank | | None | | | | | | | |
| 110. Left intentionally blank | | None | | | | | | | |
| 111. Left intentionally blank | | None | | | | | | | |
| 112. Left intentionally blank | | None | | | | | | | |
| 113. Left intentionally blank | | None | | | | | | | |
| 114. Left intentionally blank | | None | | | | | | | |
| 115. Left intentionally blank | | None | | | | | | | |
| 116. Left intentionally blank | | None | | | | | | | |
| 117. Left intentionally blank | | None | | | | | | | |
| 118. Left intentionally blank | | None | | | | | | | |
| 119. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Left intentionally blank | | None | | | | | | | |
| 121. Left intentionally blank | | None | | | | | | | |
| 122. Left intentionally blank | | None | | | | | | | |
| 123. Left intentionally blank | | None | | | | | | | |
| 124. Left intentionally blank | | None | | | | | | | |
| 125. Left intentionally blank | | None | | | | | | | |
| 126. Left intentionally blank | | None | | | | | | | |
| 127. Left intentionally blank | | None | | | | | | | |
| 128. Left intentionally blank | | None | | | | | | | |
| 129. Left intentionally blank | | None | | | | | | | |
| 130. Left intentionall blank | | None | | | | | | | |
| 131. Left intentionally blank | | None | | | | | | | |
| 132. Left intentionally blank | | None | | | | | | | |
| 133. Left intentionally blank | | None | | | | | | | |
| 134. Left intentionally blank | | None | | | | | | | |
| 135. Left intentionally blank | | None | | | | | | | |
| 136. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Left intentionally blank | | None | | | | | | | |
| 138.  Left intentionally blank | | None | | | | | | | |
| 139.  Scottrade Cash Acct. | A | Interest | K | T | | | | | |
| 140.  Left intentionally blank | | None | | | | | | | |
| 141.  Left intentionally blank | | None | | | | | | | |
| 142.  Left intentionally blank | | None | | | | | | | |
| 143.  Left intentionally blank | | None | | | | | | | |
| 144.  Left intentionally blank | | None | | | | | | | |
| 145.  Left intentionally blank | | None | | | | | | | |
| 146.  Canadian Oil Sands- Scottrade | A | Dividend | J | T | | | | | |
| 147.  Left intentionally blank | | None | | | | | | | |
| 148.  Eagle Rock Energy- Scottrade | A | Distribution | | | Sold | 02/28/12 | J | A | |
| 149.  Left intentionally blank | | None | | | | | | | |
| 150.  Left intentionally blank | | None | | | | | | | |
| 151.  Left intentionally blank | | None | | | | | | | |
| 152.  Left intentionally blank | | None | | | | | | | |
| 153.  Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Left intentionally blank | | None | | | | | | | |
| 155. Left intentionally blank | | None | | | | | | | |
| 156. IRA #2 Encana | A | Dividend | J | T | | | | | |
| 157. IRA #2 National Fuel Gas | A | Dividend | J | T | | | | | |
| 158. Left intentionally blank | | None | | | | | | | |
| 159. Left intentionally blank | | None | | | | | | | |
| 160. Left intentionally blank | | None | | | | | | | |
| 161. Left intentionally blank | | None | | | | | | | |
| 162. IRA #2 Eagle Rock Energy Partners | A | Distribution | | | Sold | 02/28/12 | J | D | |
| 163. IRA #2 Kinder Morgan Partners | A | Distribution | K | T | | | | | |
| 164. IRA #1 FHLMC CMO Series | A | Interest | J | T | | | | | |
| 165. IRA #1 GNMA CMO Series | A | Interest | | | Redeemed | 09/20/12 | J | A | |
| 166. Left intentionally blank | | None | | | | | | | |
| 167. Left intentionally blank | | None | | | | | | | |
| 168. GMX Resources- Janney | | None | J | T | | | | | |
| 169. Left intentionally blank | | None | | | | | | | |
| 170. Biomass Resources- Janney | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Rental Property #2, New Orleans, LA 1/1/09 $55,000 | | None | L | R | | | | | |
| 172. Breitburn Energy Partner-Janney | A | Distribution | J | T | | | | | |
| 173. Eagle Rock Energy Partners-Janney | A | Distribution | | | Sold | 01/27/12 | K | D | |
| 174. Left intentionally blank | | None | | | | | | | |
| 175. Genesis Energy LP- Janney | A | Distribution | | | Sold (part) | 09/13/12 | J | B | |
| 176. | | | | | Sold | 09/19/12 | J | A | |
| 177. Cenovus Energy- Scottrade | A | Dividend | J | T | | | | | |
| 178. Left intentionally blank | | None | | | | | | | |
| 179. Gerou Corp- Scottrade | | None | J | T | | | | | |
| 180. GMX Res Inc- Scottrade | | None | J | T | | | | | |
| 181. Stec Inc- Scottrade | | None | J | T | | | | | |
| 182. Left intentionally blank | | None | | | | | | | |
| 183. Left intentionally blank | | None | | | | | | | |
| 184. Left intentionally blank | | None | | | | | | | |
| 185. Left intentionally blank | | None | | | | | | | |
| 186. Left intentionally blank | | None | | | | | | | |
| 187. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Left intentionally blank | | None | | | | | | | |
| 189. Left intentionally blank | | None | | | | | | | |
| 190. IRA #2 Denbury Resources Inc | | None | J | T | | | | | |
| 191. IRA #2 Dendreon Corp | | None | J | T | | | | | |
| 192. Left intentionally blank | | None | | | | | | | |
| 193. IRA #2 MolyCorp Inc | | None | J | T | | | | | |
| 194. IRA #2 Sharps Compliance Corp | | None | J | T | | | | | |
| 195. Left intentionally blank | | None | | | | | | | |
| 196. Left intentionally blank | | None | | | | | | | |
| 197. IRA #2- Genesis Energy LP | A | Distribution | K | T | | | | | |
| 198. Left intentionally blank | | None | | | | | | | |
| 199. Left intentionally blank | | None | | | | | | | |
| 200. IRA #1- GNMA Series | A | Interest | J | T | | | | | |
| 201. IRA #1-FNMA CMO Series | A | Interest | | | Sold | 09/28/12 | J | A | |
| 202. IRA #1 GNMA CMO Series | A | Interest | J | T | | | | | |
| 203. IRA #1 Canadian Oil Sands Trust | A | Dividend | J | T | | | | | |
| 204. IRA #3 Regions Money Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. JP Morgan -Cash Acct. | | None | J | T | | | | | |
| 206. Morgan Keegan Cash-S | A | Interest | J | T | | | | | |
| 207. IRA #2-Apple Inc. | | None | | | Sold (part) | 12/13/12 | K | D | |
| 208. | | | | | Sold | 12/17/12 | K | D | |
| 209. IRA #2-Carbo Ceramics, Inc | A | Dividend | | | Sold | 02/07/12 | J | A | |
| 210. IRA #2-Cheniere Energy | | None | J | T | | | | | |
| 211. IRA #2-Delek US Holdings | A | Dividend | | | Sold | 12/21/12 | J | C | |
| 212. IRA #2-Evolution Petroleum | | None | J | T | | | | | |
| 213. IRA #2- Green Dot Corp | | None | J | T | | | | | |
| 214. IRA #2-Interdigital Inc. | A | Dividend | J | T | | | | | |
| 215. Left intentionally blank | | None | | | | | | | |
| 216. IRA #2-Guggenheim Canadian | A | Dividend | J | T | | | | | |
| 217. IRA #2-Ishares Comex Gold | | None | J | T | | | | | |
| 218. IRA #3-GNMA Series ▮▮▮ | A | Interest | J | T | | | | | |
| 219. Apple Inc. - Janney | A | Dividend | J | T | Buy | 04/30/12 | J | | |
| 220. Bed Bath & Beyond Inc. - Janney | | None | J | T | Buy | 09/21/12 | J | | |
| 221. Linn Energy LLC - Janney | B | Distribution | K | T | Buy | 02/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 03/02/12 | J | | |
| 223. ALJ Regional Holdings Inc. - Morgan Keegan (X) | | None | J | T | | | | | |
| 224. Ditech Networks Inc - Morgan Keegan (X) | | None | | | Sold | 12/07/12 | J | A | |
| 225. Chemtrade Logis - Scottrade | A | Dividend | J | T | Buy | 03/02/12 | J | | |
| 226. IRA #1-GNMA Series ▒▒▒ | A | Interest | J | T | Buy | 06/15/12 | J | | |
| 227. IRA #2 - Virnet X Holding Corp | | None | | | Buy | 08/10/12 | J | | |
| 228. | | | | | Sold | 12/21/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 09/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ S. Maurice Hicks, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544